Argued and submitted May 5, review dismissed as improvidently allowed
May 13, 1993

OREGON PUBLIC EMPLOYEES UNION,
*Petitioner on Review,*

*v.*

STATE OF OREGON
CORRECTIONS DEPARTMENT
and Executive Department,
*Respondents on Review,*

*and*

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
*Intervenor.*

(ERB UP-91-90; CA A69836; SC S39798)

850 P2d 371

James C. Coon, of Royce, Swanson, Thomas & Coon, Portland, filed the petition and argued the cause for petitioner on review.

Jas Adams, Assistant Attorney General, Salem, argued the cause for respondents on review. Also on the response were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Monica A. Smith, of Bennett & Durham, Portland, filed a response and argued the cause for intervenor.

MEMORANDUM OPINION

Review dismissed as improvidently allowed.